# United States District Court

**E-FILING**

NORTHERN _____ DISTRICT OF _____ CALIFORNIA

FILED
2007 NOV 26   P 2: 15

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES OF AMERICA

V.

Juan Jorge AVILES-Barriga
(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

07-70701 HRL

CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On a date unknown but no later than, __May 22, 2007__, in __Monterey County__ in the __Northern__ District of __California__ defendant(s) was, (Track Statutory Language of Offense)

Unlawfully re-entered and was found in the United States after deportation, without the permission of the Attorney General

in violation of Title __8__ United States Code, Section(s) __1326__
I further state that I am a(n) __Deportation Officer__ and that this complaint is based on the following
                                Official Title
facts:

SEE ATTACHED AFFIDAVIT

PENALTIES: $250,000.00 fine, twenty (20) years imprisonment, $100.00 special assessment fee, and a Term of Supervised Release up to three years.

Requested bail: Issue no bail warrant.

APPROVED AS TO FORM: _____
                          ASSISTANT UNITED STATES ATTORNEY

Continued on the attached sheet and made a part hereof: ☒ Yes  ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

__11/26/07__ _____ at __San Jose, California__
    Date                                                City and State

Howard R. Lloyd
United States Magistrate Judge                 _____
Name & Title of Judicial Officer                 Signature of Judicial Officer

RE:     AVILES-Barriga, Juan Jorge A90 812 835

I am a Deportation Officer of the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE) and have been employed since July 7, 1997. I am currently assigned to the Criminal Alien Program (CAP) Unit of the San Jose Sub-Office. In such capacity, I have reviewed the official file relating to the above named individual, which attests to the following:

(1)   Mr. AVILES-Barriga is a 33-year-old male who has used eight (8) aliases and four (4) dates of birth in the past.

(2)   Mr. AVILES-Barriga has been assigned one (1) Alien Registration number of A90 812 835, FBI number of 030137AB5, California Criminal Information Index number of A09699785, and a Santa Clara County Personal File Number of DXX134.

(3)   Mr. AVILES-Barriga is a native of Mexico and a citizen of Mexico since birth. A check through official records show that he was arrested and deported on two (2) occasions from the United States:

| DATE | PLACE OF DEPORTATION |
| --- | --- |
| October 2, 2001 | Nogales, AZ |
| March 29, 2005 | San Ysidro, CA |

(4)   Mr. AVILES-Barriga last entered the United States at or near Calexico, CA on or after March 29, 2005, by crossing the international border without inspection subsequent to deportation.

(5)   Mr. AVILES-Barriga on a date unknown, but no later than May 22, 2007, in Monterey County in the Northern District of California, was found to be unlawfully present in the United States, after prior arrests and deportations, without the permission of the Attorney General or the Secretary of Homeland Security, in violation of Title 8, United States Code, Section 1326. On November 20, 2007, Mr. AVILES-Barriga was interviewed by Immigration Enforcement Agent (IEA) Joshua Arambulo at the San Jose ICE Office, San Jose, CA, and during that interview, Mr. AVILES-Barriga was advised of his **Miranda** rights in English. Mr. AVILES-Barriga waived his **Miranda** rights and provided a written sworn statement attesting to his alienage, prior deportations, and failure to obtain permission from the Attorney General or the Secretary of Homeland Security to re-enter the United States.

RE:   AVILES-Barriga, Juan Jorge A90 812 835

(6)   Mr. AVILES-Barriga was, on August 1, 1995, convicted in the Superior Court of California, in and for the County of Fresno, for the offense of BURGLARY, a felony, in violation of Section 459 of the California Penal Code, and was sentenced to three hundred sixty five (365) days in jail.

(7)   Mr. AVILES-Barriga was, on June 18, 1998, convicted in the Superior Court of California, in and for the County of Fresno, for the offense of AUTO THEFT, a felony, in violation of Section 10851(a) of the California Vehicle Code, and was sentenced to eight (8) months in jail.

(8)   Mr. AVILES-Barriga was, on November 4, 1999, convicted in the Superior Court of California, in and for the County of Fresno, for the offense of POSSESSION OF METH FOR SALE, an aggravated felony, in violation of Section 11378 of the California Health and Safety Code, and was sentenced to two (2) years in prison.

(9)   Mr. AVILES-Barriga was, on January 7, 2004, convicted in the Superior Court of California, in and for the County of Fresno, for the offense of POSSESSION OF METH FOR SALE, an aggravated felony, in violation of Section 11378 of the California Health and Safety Code, and was sentenced to three (3) years in prison.

(10)   Mr. AVILES-Barriga was, on December 7, 2005, convicted in the Superior Court of California, in and for the County of Fresno, for the offense of POSSESSION OF METH FOR SALE, an aggravated felony, in violation of Section 11379(a) of the California Health and Safety Code, and was sentenced to four (4) years in prison.

(11)   On the basis of the above information, there is probable cause to believe that Mr. AVILES-Barriga illegally re-entered the United States, in violation of Title 8, United States Code, Section 1326.

Trong Q. Nguyen
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me this 26 day of Nov, 2007

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE